```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602018493
Cashier ID: kruffin
Transaction Date: 05/12/2011
Payer Name: FROHSIN AND BARGER LLC
----------------------------------
CIVIL FILING FEE
 For: FROHSIN AND BARGER LLC
 Case/Party: D-ALM-2-11-CV-000366-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 1432
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

2:11-CV-366-MHT
SEALED V. SEALED
```