IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
ex rel. Veronica McDonald,   )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:11cv366-MHT
                             )          (WO)
TECHOTA, LLC, and CAHABA     )
VALLEY HEALTH SERVICES,      )
INC., d/b/a Cahaba Valley    )
Home Health,                 )
                             )
    Defendants.              )
```

### ORDER

The United States of America having intervened in part of this action for settlement purposes and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3720(b)(2) and (4), it is ORDERED as follows:

    (1) The relator's complaint, the United States of America's notice of election to intervene in

     part and to decline to intervene in part, and this order are unsealed.

(2) The United States of America and the relator are to file their notice of dismissal promptly upon completion of settlement.

(3) All other papers or orders on file in this matter shall remain under seal.

(4) The seal is lifted on all other matters occurring in this action after the date of this order.

(5) As to the part of the action in which the United States of America has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States of America, as provided for in 31 U.S.C. § 3730(c)(3).The United States of America may order any deposition transcripts and is entitled

to intervene in that part of the action, for good cause, at any time.

(6) All orders of this court shall be sent to the United States of America

(7) Should the relator or the defendant propose that the part of the action in which the United States of America has declined to intervene be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States of America before ruling or granting its approval.

DONE, this the 25th day of February, 2013.

                                   /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**