IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
ex rel. Veronica McDonald,    )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:11cv366-MHT
                              )           (WO)
TECHOTA, LLC, and CAHABA      )
VALLEY HEALTH SERVICES,       )
INC., d/b/a Cahaba Valley     )
Home Health,                  )
                              )
    Defendants.               )
```

## JUDGMENT

The court having considered the joint stipulation of dismissal of civil action filed by plaintiff United States of America (United States) and relator Veronica McDonald (relator), pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and 31 U.S.C. § 3730(b)(1), and good cause having been shown, it is ORDERED that:

(1) The civil action filed in the United States District Court for the Middle District of Alabama

captioned United States ex rel. McDonald v. Techota, LLC, et al., Civil Action No. 2:11-cv-366-MHT, is dismissed against all defendants with prejudice as to relator.

(2) Pursuant to the terms and conditions of the parties' settlement agreement, claims in the qui tam action filed in the United States District Court for the Middle District of Alabama captioned United States ex rel. McDonald v. Techota, LLC, et al., Civil Action No. 2:11-cv-366-MHT, for the covered conduct set forth in the settlement agreement, are dismissed against defendant Techota, LLC only, with prejudice as to the United States.

(3) All other claims in the civil action are dismissed without prejudice to the United States.

It is further ORDERED that the court retains jurisdiction to enforce the terms and conditions of the settlement agreement between the government, relator, and Techota, and to adjudicate any suits alleging breach of the settlement agreement.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed in its entirety.**

**IT IS SO ORDERED, this the 13th day of March, 2013.**

**         /s/ Myron H. Thompson         **
**UNITED STATES DISTRICT JUDGE**